NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000614
30-AUG-2012
10:38 AM**

NO. CAAP-12-0000614

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MEGAN J.M. BONNICI, Plaintiff-Appellee, v.
ERIC W. BONNICI, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-D NO. 10-1-220K)

ORDER DISMISSING APPEAL
PURSUANT TO PARTIES' AUGUST 15, 2012 STIPULATION
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the parties' August 15, 2012 stipulation to dismiss appeal, it appears that Appeal No. CAAP-12-0000614 has not been docketed and the parties seek to dismiss the appeal pursuant to Rule 42 of the Hawaiʻi Rules of Appellate Procedure (HRAP). Counsel for Appellee Megan J.M. Bonnici has signed the August 15, 2012 stipulation and Defendant-Appellant Eric W. Bonnici has signed the stipulation. Therefore, pursuant to HRAP Rule 42(a),

IT IS HEREBY ORDERED that Appeal No. CAAP-12-0000614 is dismissed.

DATED: Honolulu, Hawai'i, August 30, 2012.

Presiding Judge

Associate Judge

Associate Judge